IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00040-RBJ-KMT

ROXANNE COVILLO,

    Plaintiff,

v.

FARMER'S GROUP, INC., A/K/A FARMERS INSURANCE COMPANY AND FARMERS GROUP, INC. EMPLOYEES' PENSION PLAN,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

This matter comes before the Court upon defendants' unopposed motion to modify scheduling order, and the Court, having considered said motion, hereby orders as follows:

1. The Unopposed Motion to Modify Scheduling Order is granted.

2. The deadlines for submitting the administrative record and for filing any motion requesting discovery are hereby extended from May 1, 2013 to June 3, 2013.

Dated: April 24th, 2013.

BY THE COURT:

_____
U.S. District Court Judge

2587585.1