**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: **13-cv-00040-RBJ-KMT**

ROXANNE COVILLO,

    Plaintiff,

v.

FARMERS GROUP, INC., a/k/a Farmers Insurance Company and
Farmers Group, Inc., Employees' Pension Plan,

    Defendants.

---

ORDER RE UNOPPOSED MOTION TO DISMISS FARMERS GROUP, INC.

---

    The COURT, having reviewed the Unopposed Motion to dismiss Farmers Group, Inc., filed by Plaintiff, and the Court's file, grants said motion

    Farmers Group, Inc., is hereby dismissed without prejudice from this matter, each party to pay her, his or its own costs and attorneys fees.

    The caption of this civil matter shall be changed to reflect this change in all subsequent filings.

    So ordered this 25th day of April, 2013.

                                                        BY THE COURT:

                                                        _____
                                                        R. Brooke Jackson, Judge,
                                                        United States District Court