IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00040-RBJ-KMT

ROXANNE COVILLO,

      Plaintiff,

v.

FARMERS GROUP, INC. EMPLOYEES' PENSION PLAN,

      Defendant.

---

**ORDER GRANTING UNOPPOSED SECOND MOTION TO MODIFY
SCHEDULING ORDER**

---

This matter comes before the Court upon defendants' Unopposed Second Motion to
Modify Scheduling Order [Docket #17], and the Court, having considered said motion, hereby
orders as follows:

1.      The Unopposed Second Motion to Modify Scheduling Order is granted.

2.      The deadlines for submitting the administrative record and for filing any motion
requesting discovery are hereby extended from June 3, 2013 to July 3, 2013.

 Dated:  May 31, 2013.

BY THE COURT:

_____
U.S. District Court Judge

2641351.1