IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:13-cv-00040-RBJ-KMT

ROXANNE COVILLO,

       Plaintiff,

v.

FARMERS GROUP, INC. EMPLOYEES' PENSION PLAN,

Defendants.

___

ORDER FOR DISMISSAL WITH PREJUDICE
___

This matter comes before the Court upon the parties' Stipulation for Dismissal with Prejudice, and the Court, having considered this stipulation, hereby orders dismissal of this action in its entirety with prejudice, each party to bear her or its own costs and attorney fees.

Dated this 2nd day of July,  2013.

BY THE COURT:

*/s/ Brooke Jackson*

_____

U.S. District Court Judge